FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

September 16, 2015

Elisabeth A. Shumaker
Clerk of Court

_____

PAMELA MILLER, et al.,

    Plaintiffs - Appellees,

v.

BASIC RESEARCH, LLC, et al.,

    Defendants - Appellees.

------------------------------------------

JEFFREY LEE WEINSTEIN,

    Objector - Appellant.

No. 15-4113

_____

**ORDER**
_____

    Plaintiffs -Appellees have filed a motion to dismiss this appeal. Appellant Jeffrey Weinstein has filed a response to the motion and Plaintiffs-Appellees have filed a reply.

    A ruling on the motion would benefit from a thorough examination of the arguments of counsel as to the merits of the appeal and a familiarity with the record in this case. Accordingly, the motion will not be decided at this time. Rather, the motion, the response, and the reply are referred to the panel of judges that will be assigned to consider this appeal on the merits.

    Briefing on the merits will proceed in accordance with the Federal Rules of Appellate Procedure and this court's local rules. The deadline for Appellant to file his

opening brief and appendix will be set once the district court notifies this court and the parties that the record is complete for purposes of appeal. 10th Cir. R. 31.1(A). In this regard, the court notes that payment is still due for the transcript Appellant requested for this appeal.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        *[signature: Jane Castro]*

        by: Jane K. Castro
           Counsel to the Clerk