# NO. 15-4113

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

PAMELA MILLER, *et al.*

Plaintiffs-Appellees

v.

BASIC RESEARCH, LLC, *et al.*

Defendant–Appellees

v.

JEFFREY LEE WEINSTEIN,

Objector-Appellant

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,
CENTRAL DIVISION, CIVIL ACTION NO. 2:07-CV-00871-TS

**APPELLANT'S UNOPPSED VOLUNTARY
MOTION TO DISMISS APPEAL**

TO THE HONORABLE TENTH CIRCUIT COURT OF APPEALS:

Appellant Jeffrey L. Weinstein ("Appellant") hereby files this motion to dismiss the appeal taken by Appellant in the above-captioned matter, Appeal No. 15-4113. Counsel for Appellees do not oppose this Motion. This voluntary dismissal is intended to terminate all proceedings related to Appeal No. 15-4113.

Pursuant to Federal Rule of Appellate Procedure 42(b), the parties hereby agree to bear their own costs and fees incurred with respect to this appeal proceeding.

Respectfully submitted,

By: /s/ Jeffrey L. Weinstein
**Jeffrey Lee Weinstein**
jeff@jeffweinstein.com
518 East Tyler Street
Athens, Texas 75751
(903) 677-5333
(903) 677-3657 (fax)

**PRO SE APPELLANT**

## CERTIFICATE OF PRIVACY REDACTIONS AND ECF SUBMISSION

I hereby certify that no privacy redactions have been made to this document because none were required.

I further certify that this Response was scanned for viruses using ESET NOD32 Antivirus 4, last updated: 10/7/15 6:41 AM and, according to the program, this submission is free of viruses.

/s/ Jeffrey L. Weinstein
**Jeffrey Lee Weinstein**

# **CERTIFICATE OF SERVICE**

I hereby certify that on **October 7, 2015**, I electronically filed the foregoing *Unopposed Voluntary Motion to Dismiss Appeal* with the clerk of the court for the Tenth Circuit Court of Appeals, using the electronic case filing system of the court. Consistent with 10th Cir. R. 25.4, the electronic case filing system sent a "Notice of Docket Activity" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means:

Scott R. Shepherd
sshepherd@sfmslaw.com
Shepherd, Finkelman, Miller & Shah, LLP
35 E. State Street
Media, Pennsylvania 19063
*Attorneys for Plaintiffs/Appellees*

Kevin R. Roddy
kroddy@wilentz.com
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
*Attorneys for Plaintiffs/Appellees*

Jon V. Harper
jharper@aklawfirm.com
Anderson & Karrenberg
50 West Broadway, Suite 700
Salt Lake City, Utah 84101-2035
*Attorneys for Plaintiffs/Appellees*

Christopher Sullivan
sullivan@ppktrial.com
Ronald F. Price
ronprice@ppktrial.com
Jason M. Kerr
jasonkerr@ppktrial.com
Price Parkinson & Kerr, PLLC
5742 West Harold Gattey Drive
Salt Lake City, Utah 84116
*Attorneys for Defendants/Appellees*

    /s/ Jeffrey L. Weinstein
    **Jeffrey Lee Weinstein**